# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

MICHAEL J. STEPHENS and )
KELLIE CLARK, )
                            )
    Plaintiffs, )
v. ) Case No. CV407-194
                            )
UNITED STATES OF AMERICA; )
                            )
    Defendant. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 13th day of August, 2008.

                                      J. RANDAL HALL
                                      UNITED STATES DISTRICT JUDGE
                                      SOUTHERN DISTRICT OF GEORGIA